David M Miller – WSBA #24586
421 W Riverside Ave - Ste. 304
Spokane, WA  99201
(509) 747-8157
Attorney for Defendant
Luis Esquivel-Bolanos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LUIS ESQUIVEL-BALANOSE<br><br><br>                    Defendant. | No.  23-CR-00047-TOR-2<br><br>DEFENDANT'S PROPOSED<br>VOIR DIRE FOR THE COURT |

Mr. Luis Esquivel-Bolanos, through counsel David M Miller, submits the following proposed Voir Dire in advance of the trial and requests that the Court incorporate the Voir Dire questions, and conduct follow-up inquiries depending on the panel members' responses.

**Proposed Court Conducted Voir Dire:**

1.    If you had to vote right now on the guilt or innocence, how many of you

would vote to convict?  How many would vote to acquit?  Why?

2.   Do any of you believe the defendant in a criminal trial should have to prove they are innocent?  Why?

3.   If a law enforcement officer or federal agent testifies in this case, would you give their testimony any more weight than you would any other witness?  Would you give such testimony less weight?  Why?

4.   Do you believe at the end of the trial that the United States did not prove beyond a reasonable doube that Mr. Esquivel-Balanos is guilty, but you also believe he is probably guilty, would you have reservations about voting "not guilty"?  Why?

5.   Do you believe if the United States goes to the trouble of bringing a person to trial, then that person is probably guilty?  Why?

6.   If at the end of the trial you and your fellow jurors disagreed about the verdict (what is known as a "hung jury"), would you be willing to stand by whatever your decision was even if other jurors feel a different way?

7.   Do you believe the law or the courts do too much to protect the rights of a criminal defendant?  Do you believe the law or the courts do too much to favor the Government?  Why?

**Miller & Prothero**
**Attorneys at Law**
**421 W Riverside Ave – Ste 304**
**Spokane, Washington  99201**
**(509) 747-8157**

8.  Do you feel othe parties, the defendant and government, are entitled to a fair trial?

9.  I'm going to give you instructions on the law.  If you believe you will not be able to follow these, would you please raise your hand?

10. Mr. Esquivel-Balanos has the right to remain silent and does not have to testify at trial or to prove he is not guilty.  The law does not allow a juror to draw any inference of guilt based upon this silence.  Mr. Esquivel-Balanos has already pled not guilty.  Would it bother you if Mr. Esquivel-Balanos does not testify and give his version of the events?  Why?

11. If law enforcement has significant missing pieces to an investigation, would you have reservations on voting "guilty" or "not guilty"?

### Counsel Conducted Voir Dire.

Counsel intends to follow up on the judge conducted voir dire and/or incorporate questions above that are not asked during judge conducted voir dire.  Counsel will also inquire of the venure panel on the presumption of innocence, and the burden of proof in relation to the prospective jurors' constitutional duties.

**Miller & Prothero**
**Attorneys at Law**
**421 W Riverside Ave – Ste 304**
**Spokane, Washington  99201**
**(509) 747-8157**

The proposed court conducted voir dire may be supplemented upon further trial preparation.

Respectfully submitted this 1st day of October, 2024, by:

/s/ David M. Miller
David M. Miller – WSBA #24586
Attorney for Mr. Esquivel-Balanos

Miller & Prothero
Attorneys at Law
421 W Riverside Ave – Ste 304
Spokane, Washington  99201
(509) 747-8157

## AFFIDAVIT OF SERVICE

I declare under penalty of perjury that on this date I electronically filed

the foregoing document with the Federal Court Clerk, which will send

notification to the Honorable Judge Dimke, U.S. Attorney Pat Cashman, and

the US Probation Office.  I further declare that a copy was sent to the

Defendant via First Class Mail.

Dated this 1st day of October, 2024.

 /s/  Lila L Peterson
Assistant to David M. Miller

Miller & Prothero
Attorneys at Law
421 W Riverside Ave – Ste 304
Spokane, Washington  99201
(509) 747-8157